RECEIVED

Chambers of
James C. Mahan 2005 AUG -1 P 3: 40
United States District Judge

FINANCIAL
DISCLOSURE OFFICE



July 25, 2005

Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard South · Suite 6035
Las Vegas, Nevada 89101
Telephone (702) 464-5521
Fax (702) 464-5521

Honorable Mary M. Lisi, Chair
Judicial Committee of the United States Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:        **Calendar Year 2004 Financial Disclosure Report Filing**

Dear Judge Lisi:

I received your letter dated June 28, 2005, requesting additional information with regard to my 2004 financial disclosure report filing.

The following information is provided pursuant to the committee's request:

**Financial Disclosure Report 2004**

Part VII, page 6, line 96:

Amend Column B(1) to show an amount code "E"

Part VII:

Amend to add Cronos IEA Fund XII, C(1) to show a value code "J" and C(2) to show a value code of "T." Amend to show Column B(1) value amount "C" and B(2) type code "Dividend"

Amend to add Inland Capital C(1) to show a value code of "J" and C(2) to show a value code of "T." Amend to show a sale on 11/17/04 with value code of "J"

Amend to add Inland Monthly Income Fund II C(1) to show a value code of "J" and C(2) to show a value code of "T"

Amend to delete Mandalay Resorts Common Stock from report as an asset of the James C. Mahan IRA Rollover account. The purchase and sale of Mandalay Resort Group was correctly listed on lines 107 and 108 of the 2004 Disclosure Report under the ███████████ and James C. Mahan JTWROS account

Part VIII:

Amend to add explanation that the Fleming Companies purchase listed in Part VII, line 106 is still owned by the trust with a value code of "J"

**Financial Disclosure Report 2003**

Part VII, page 6, line 99

Amend report to show sale of Ethyl Corp. on 10/29/03, value code "E," gain code "A"

Amend report to show sale of Sears, Roebuck & Co on 12/02/03, value code "K"

Amend report to show a value code of "J" for Fleming Companies. The asset has not been sold and is still owned by the trust.

Please let me know if you require further information.

Sincerely,

C. MAHAN
United States District Judge

JCM:srb

AO-10

Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR-2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>MAHAN, James C | 2. Court or Organization<br><br>U.S. District Court, Nevada | 3. Date of Report<br><br>5/2/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,  Date<br><br>○ Initial  ⦿ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>333 Las Vegas Boulevard South<br><br>Las Vegas, Nevada 89101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED

May 10  10 28 AM '05

FINANCIAL
DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (excluding trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. James C. Mahan IRA Rollover | F | Interest | N | T | | 12/31 | N | F | |
| 2. - Infineon Tech | | | | | Sold | 1/07 | K | | |
| 3. - International Steel Group | | | | | Sold | 1/107 | K | | |
| 4. - Marathon Oil Corp. | | | | | Sold | 1/08 | K | B | |
| 5. - Fair Isaac Inc. | | | | | Bought | 1/08 | K | | |
| 6. - Tenaris S A | | | | | Bought | 1/08 | K | | |
| 7. - Sovereign Bancorp Inc. | | | | | Sold | 1/09 | K | B | |
| 8. - Tenaris S A | | | | | Sold | 1/09 | K | B | |
| 9. - OM Group Inc. | | | | | Bought | 1/09 | K | | |
| 10. - Fair Isaac Inc. | | | | | Sold | 1/12 | K | B | |
| 11. - General Maritime Corp. | | | | | Bought | 1/12 | K | | |
| 12. - Tenaris S A | | | | | Bought | 1/12 | K | | |
| 13. - OM Group Inc. | | | | | Sold | 1/13 | K | B | |
| 14. - Nokia Corp. Sponsored | | | | | Bought | 1/13 | K | | |
| 15. - Sinopec Shanghai | | | | | Bought | 1/13 | K | | |
| 16. -General Maritime Corp. | | | | | Sold | 1/16 | K | A | |
| 17. - CIA Saneamento Basico | | | | | Bought | 1/16 | K | | |
| 18. - Nokia Corp. Sponsored | | | | | Sold | 1/271 | K | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Infineon Technologies | | | | | Bought | 1/27 | K | | |
| 20. - Infineon Technologies | | | | | Sold | 2/02 | K | A | |
| 21. - Perdigao SA New | | | | | Bought | 2/02 | K | | |
| 22. - Taiwan Semiconductor. | | | | | Bought | 2/02 | K | | |
| 23. - Tyson Foods Inc. | | | | | Bought | 2/09 | K | | |
| 24. - Sinopec Shanghai | | | | | Sold | 2/11 | K | A | |
| 25. - Tenneco Automotive Inc. | | | | | Bought | 2/17 | K | | |
| 26. - Tenneco Automotive Inc. | | | | | Sold | 2/20 | K | B | |
| 27. - Wynn Resorts | | | | | Bought | 2/20 | K | | |
| 28. - Wynn Resorts | | | | | Sold | 3/04 | K | A | |
| 29. - Louisiana Pacific Corp. | | | | | Bought | 3/11 | K | | |
| 30. - Cleveland Cliffs Inc. | | | | | Bought | 4/06 | K | | |
| 31. - Steel Technologies Inc. | | | | | Bought | 3/24 | K | | |
| 32. - Cleveland Cliffs Inc. | | | | | Sold | 4/07 | K | B | |
| 33. - Jinpan International Ltd. | | | | | Bought | 4/07 | K | | |
| 34. - Steel Technologies Inc. | | | | | Sold | 4/08 | K | B | |
| 35. - AU Optronics Corp. | | | | | Bought | 4/08 | K | | |
| 36. - Jinpan International Ltd. | | | | | Sold | 4/12 | K | C | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Co 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | If not exempt from disclosure (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. - Au Optronics Corp. | | | | | Sold | 4/13 | K | A | |
| 38. - Gerdau SA | | | | | Bought | 4/13 | K | | |
| 39. - Pharmaceutical Resources. | | | | | Bought | 4/13 | K | | |
| 40. - Gerdau SA | | | | | Sold | 7/08 | K | B | |
| 41. - Steel Dynamics Inc. | | | | | Bought | 7/12 | K | | |
| 42. - Steel Dynamics Inc. | | | | | Sold | 7/19 | K | B | |
| 43. - International Steel Group | | | | | Bought | 7/19 | K | | |
| 44. - Perdigao SA | | | | | Sold | 8/03 | K | B | |
| 45. - International Steel Group | | | | | Sold | 8/04 | K | B | |
| 46. - Input/Output Inc. | | | | | Bought | 8/04 | K | | |
| 47. - OM2 Corp. | | | | | Bought | 8/04 | K | | |
| 48. - Shire Pharmaceuticals Group | | | | | Bought | 8/04 | K | | |
| 49. - Tenaris SA | | | | | Sold | 8/09 | K | B | |
| 50. - Gerdau SA | | | | | Bought | 8/0 | K | | |
| 51. - Gerdau SA | | | | | Bought | 8/09 | J | | |
| 52. - Gerdau SA | | | | | Sold | 8/16 | K | A | |
| 53. - Companhia Vale Do Rio | | | | | Bought | 8/16 | K | | |
| 54. - Companhia Vale Do Rio | | | | | Sold | 8/19 | K | A | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - Gap, Inc. | | | | | Bought | 8/19 | K | | |
| 56. - Input/Output Inc. | | | | | Sold | 9/08 | K | B | |
| 57. - Ispat Intl NV | | | | | Bought | 9/08 | K | | |
| 58. - Ispat Intl NV | | | | | Sold | 9/09 | K | A | |
| 59. - Terra Nitrogen Co LP | | | | | Bought | 9/14 | K | A | |
| 60. - Lyondell Chemical Co. | | | | | Bought | 9/24 | K | | |
| 61. - Texas Instruments Inc. | | | | | Bought | 9/24 | K | | |
| 62. - Shire Pharmaceuticals | | | | | Sold | 9/24 | K | A | |
| 63. - Terra Nitrogen Co LP | | | | | Sold | 9/24 | K | | |
| 64. - OMI Corp. New | | | | | Sold | 9/28 | K | A | |
| 65. - Oregon Steel Mills Inc. | | | | | Bought | 9/28 | K | | |
| 66. - Lyondell Chemical Co. | | | | | Sold | 10/01 | K | B | |
| 67. - General Maritime Corp. | | | | | Bought | 10/01 | K | | |
| 68. - General Maritime Corp. | | | | | Sold | 12/5 | K | C | |
| 69. - Freescale Semiconductor | | | | | Bought | 10/04 | J | | |
| 70. - Oregon Steel Mills Inc. | | | | | Sold | 10/07 | K | B | |
| 71. - Aracruz Celulose SA | | | | | Bought | 10/07 | K | | |
| 72. - Motorola Incorporated | | | | | Bought | 10/07 | K | | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,900; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000 (See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000 (See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000; P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000

3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market (See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. - Texas Instruments Inc. | | | | | Sold | 11/02 | K | A | |
| 74. - WMC Res Ltd. | | | | | Bought | 11/02 | K | | |
| 75. - Gap, Inc. | | | | | Sold | 11/09 | K | B | |
| 76. - WMC Res Ltd.. | | | | | Sold | 11/09 | K | A | |
| 77. - Abercrombie & Fitch Co. | | | | | Bought | 11/09 | K | | |
| 78. - Abercrombie & Fitch Co. | | | | | Sold | 11/16 | K | A | |
| 79. - Aracruz Celulose SA | | | | | Sold | 11/16 | K | B | |
| 80. - America Movil Ser L | | | | | Bought | 11/16 | K | | |
| 81. - Chicago Bridge & Iron | | | | | Bought | 11/16 | K | | |
| 82. - NS Group Inc. | | | | | Bought | 11/16 | K | | |
| 83. - Chicago Bridge & Iron | | | | | Sold | 11/23 | K | A | |
| 84. - Perdigao SA New | | | | | Bought | 11/23 | K | | |
| 85. - NS Group Inc. | | | | | Sold | 11/29 | K | A | |
| 86. - Westmoreland Coal Co. | | | | | Bought | 11/29 | K | | |
| 87. - America Movil Ser L | | | | | Sold | 12/02 | K | B | |
| 88. - Posco Sponsored ADR | | | | | Bought | 12/02 | K | | |
| 89. - Perdigao SA New | | | | | Sold | 12/03 | K | B | |
| 90. - Westmoreland Coal Co. | | | | | Sold | 12/03 | K | A | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $60,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. - Smithfield Foods Inc. | | | | | Bought | 12/03 | K | | |
| 92. - Louisiana Pacific Corp. | | | | | Bought | 12/06 | K | | |
| 93. - Motorola Incorporated | | | | | Sold | 12/09 | K | | |
| 94. - Komag Inc. | | | | | Bought | 12/09 | K | | |
| 95. - Freescale Semiconductor | | | | | Sold | 12/13 | J | | |
| 96. ▆▆▆▆ & James C. Mahan JTWROS | | Dividend | K | T | | | | | |
| 97. - Sinopec Beijing Yanhua Petrochemical Company | | | | | Sold | 1/07 | K | C | |
| 98. - Sinopec Beijing Yanhua Petrochemical Company | | | | | Bought | 1/15 | K | | |
| 99. - Sinopec Beijing Yanhua Petrochemical Company | | | | | Sold | 1/16 | K | B | |
| 100. - Satyam Computer Svcs Ltd. | | | | | Bought | 1/20 | K | | |
| 101. - Satyam Computer Svcs Ltd. | | | | | Sold | 1/29 | K | B | |
| 102. - Telesp Cellular | | | | | Bought | 1/30 | K | | |
| 103. - Telesp Cellular | | | | | Sold | 4/06 | K | A | |
| 104. - Sinopec Beijing Yanhua Petrochemical | | | | | Bought | 4/07 | K | | |
| 105. - Sinopec Beijing Yanhua Petrochemical | | | | | Sold | 4/12 | K | B | |
| 106. - Octel Corp. | | | | | Bought | 4/13 | K | | |
| 107. - Mandalay Resort Group | | | | | Sold | 8/10 | K | | |
| 108. - Mandalay Resort Group | | | | | Bought | 02/84 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. - Tesoro Petroleum Corp. | | | | | Bought | 8/10 | K | | |
| 110. - Companhia Energetica | | | | | Bought | 8/11 | K | | |
| 111. - Tesoro Petroleum Corp. | | | | | Sold | 8/18 | K | A | |
| 112. - Infineon Technologies | | | | | Bought | 8/19 | K | | |
| 113. - Companhia Energetica | | | | | Sold | 8/23 | K | B | |
| 114. - Genesco Inc. Common | | | | | Boug | 8/24 | K | | |
| 115. - Tesoro Petroleum Corp. | | | | | Bought | 9/24 | K | | |
| 116. - Infineon Technologies | | | | | Sold | 9/24 | K | B | |
| 117. - Tesoro Petroleum Corp. | | | | | Sold | 10/08 | K | B | |
| 118. - AK Steel | | | | | Bought | 10/12 | K | | |
| 119. - Genesco Inc. Common | | | | | Sold | 10/28 | K | A | |
| 120. - K Swiss Inc. | | | | | Bought | 11/02 | K | | |
| 121. - K Swiss Inc. | | | | | Sold | 11/16 | K | B | |
| 122. - LG Philips LCD Co Ltd. | | | | | Bought | 11/22 | K | | |
| 123. - AK Steel Holdings Corp. | | | | | Sold | 11/29 | K | A | |
| 124. - Ship Finance Intl Ltd. | | | | | Bought | 11/29 | K | | |
| 125. - LG Philips LCD Co Ltd. | | | | | Sold | 12/20 | K | A | |
| 126. - Las Vegas Sands Corp. | | | | | Bought | 12/20 | K | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000

2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D5)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000

3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MAHAN, James C | 5/2/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

None.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

Date May 2, 2005

NOTE: ____ IAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544